UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| WYNTER WHITLEY, <br> CHRISTOPHER KITCHO, <br> <br> Plaintiffs, <br> <br> v. <br> <br> OFFICER M.L. HILL, <br> OFFICER C. L. BROWN, <br> SERGEANT S. DEAN, <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No.: <br> <br> 1:16-cv-03192-LMM |

## JOINT PRELIMINARY REPORT AND DISCOVERY PLAN

COME NOW the parties in the above-styled civil action and present their Joint Preliminary Report and Discovery Plan as follows:

**1.   Description of Case:**

(a) Describe briefly the nature of this action.

**Plaintiffs each bring one claim for false arrest under 42 U.S.C. § 1983 against the officers who arrested them. Plaintiffs claim that they were each arrested outside of a club by DeKalb County police officers in spite of the fact that they committed no crime.**

(b) Summarize, in the space provided below, the facts of this case. The summary should not be argumentative nor recite evidence.

* * * * * * * * * * * *

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court.

IT IS SO ORDERED, this 22nd day of December, 2016.

_____
HONORABLE LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF GEORGIA