# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WYNTER WHITLEY, CHRISTOPHER KITCHO,<br><br>    Plaintiffs,<br><br>v.<br><br>OFFICER M.L. HILL, OFFICER C.L. BROWN, SERGEANT S. DEAN,<br><br>    Defendants.<br>_____ | CIVIL ACTION FILE NO.<br>1:16-cv-03192-LMM |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of **DEFENDANTS M.L. HILL, C.L. BROWN, AND S. DEAN'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO PLAINTIFF WYNTER WHITLEY** by depositing a copy of the same in the United States mail in a properly addressed envelope with adequate postage thereon to ensure delivery.

Kirby Clements, Jr., Esq.
3564 Wesley Chapel Road
Clements Law Group, LLC
Decatur, GA 30034
Attorney for Plaintiff

This is to further certify that the foregoing document was prepared using 14 pt Times New Roman font.

This 8th day of March, 2017.

*/s/ William K. Scott*
William K. Scott
ASSISTANT COUNTY ATTORNEY
Georgia Bar No. 252892