UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WYNTER WHITLEY, ) <br> CHRISTOPHER KITCHO, ) <br> ) <br>    Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> OFFICER M.L. HILL, ) <br> OFFICER C. L. BROWN, ) <br> SERGEANT S. DEAN, ) <br> ) <br>    Defendants. ) | Case No.: <br><br> 1:16-cv-03192-LMM |

## NOTICE OF FILING ELECTRONIC MEDIA

Please take notice that Plaintiff Christopher Kitcho has physically filed Exhibit A to Plaintiff Christopher Kitcho's Brief in Support of his Motion for Partial Summary and/or Default Judgment and Spoliation Sanctions Against Defendant Dean. Exhibit A is a DVD containing the following video files:

1. IMG_0820.MOV;
2. IMG_0823.MOV;
3. IMG_0824.MOV;
4. IMG_0825.MOV;
5. IMG_0826.MOV;
6. IMG_0839.MOV; and

7. IMG_0840.MOV.

These videos cannot be converted to the PDF format and are exempted from electronic filing by the Electronic Filing Procedures of this Court.

Respectfully submitted, this 1st day of November, 2017.

/s/*Zack Greenamyre*
Zack Greenamyre
Georgia Bar No. 293002

MITCHELL & SHAPIRO LLP
3490 Piedmont Road, Suite 650
Atlanta, Georgia 30305
Phone: 404-812-4747
Fax: 404-812-4740
zack@mitchellshapiro.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), the undersigned certifies that the foregoing has been prepared in compliance with Local Rule 5.1(B) in Times New Roman 14-point typeface.

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing document to the Clerk of Court using the CM/ECF system which will cause service by electronic mail to all attorneys of record.

This 1st day of November, 2017.

>/s/*Zack Greenamyre*
>Zack Greenamyre
>Georgia Bar No. 293002

MITCHELL & SHAPIRO LLP
3490 Piedmont Road, Suite 650
Atlanta, Georgia 30305
Phone: 404-812-4747
Fax: 404-812-4740
zack@mitchellshapiro.com