FILED IN CLERK'S OFFICE
U.S D.C. - Atlanta

NOV 0 1 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

*Wynter Whitley, et al. v. Officer M.L. Hill, et al.,*
1:16-cv-3192-LMM

See Doc. 54, Notice of Physical Filing

EXHIBIT A to Plaintiff Christopher Kitcho's Brief in Support of his Motion for Partial Summary and/or Default Judgment and Spoliation Sanctions Against Defendant Dean