IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WYNTER WHITLEY, *et al.*,

    Plaintiffs

v.

                        CIVIL ACTION NO.
                        1:16-cv-03192-LMM

OFFICER M.L. HILL, *et al.*,

    Defendant.

## O R D E R

This matter comes before the Court on the parties' correspondence with the Court requesting this civil action be mediated before a United States Magistrate Judge. After a review of the record and due consideration, the request is **GRANTED**. This case is hereby **REFERRED** to United States Magistrate Judge Linda T. Walker for the assignment of a Magistrate Judge for mediation. Within two days of the completion of the mediation, the parties shall report the outcome of the mediation to the Court. Additionally, the Court **ORDERS** that Defendant's adjuster be present in person for the mediation.

IT IS SO ORDERED, this 5th day of March, 2018.

LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE